

**njdefiling@njd.uscourts.gov**
02/25/2009 04:23 PM

To: InterdistrictTransfer_DED@ded.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

CASE: 1:08-cv-00970

DETAILS: Case transferred from Delaware has been opened in District of New Jersey [LIVE] as case 2:09-cv-00839, filed 02/25/2009.